**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6296**

_____

JOHNATHAN LEE X SMITH,

                                        Petitioner - Appellant,

        versus

DAVID A. ROBINSON, Warden,

                                        Respondent - Appellee.

_____

**No. 99-6634**

_____

JOHNATHAN LEE X SMITH,

                                        Petitioner - Appellant,

        versus

DAVID A. ROBINSON, Warden,

                                        Respondent - Appellee.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-97-916-3)

_____

Submitted:  July 22, 1999          Decided:  July 28, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Johnathan Lee X Smith, Appellant Pro Se.  Vaughan Christopher Jones, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In Appeal No. 99-6296, Johnathan Lee X Smith seeks to appeal from the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant Smith's motion for leave to proceed in forma pauperis on appeal, we deny a certificate of appealability and dismiss appeal No. 99-6296 on the reasoning of the district court. See Smith v. Robinson, No. CA-97-916-3 (E.D. Va. Feb. 16, 1999).

In Appeal No. 99-6634, Smith appeals from the district court's order denying his motion for leave to proceed in forma pauperis in Appeal No. 99-6296. Because we grant him leave to so proceed, this appeal is moot. Accordingly, we grant Smith's motion for leave to proceed in forma pauperis and dismiss this appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3